JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WYLEY TOMAS BAIRD,** ) | **NO. EDCV 16-2202-R (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **WILLIAM MUNIZ, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 14, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE